| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br>Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Woodland Falls Corporate Park<br>200 Lake Drive East, Suite 110<br>Cherry Hill, New Jersey 08002-1171<br>(856) 795-3300<br>*Special Counsel for Chapter 7 Trustee* |

| | |
|---|---|
| **In re:**<br><br>　　**LOCALBIZUSA, INC.,**<br><br>　　　　　　Debtor. | Chapter 7<br>Case No.: 09-20654 (GMB) |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,**<br><br>　　　　Plaintiff,<br>　v.<br><br>**THOMAS J. FREUND,**<br>**PATRICK GIGLIO,**<br>**NORTH AMERICAN MARKETING TOURS, INC., INTERNATIONAL CONSULTING AND MANAGEMENT GROUP, LLC,**<br>**UNIQUE BILLING SOLUTIONS, LLC,**<br>**JEFFREY ROSENBERG,**<br>**LOUIS FREEDMAN, and**<br>**JOHN DOES 1-10,**<br><br>　　　　Defendants. | Adversary No.: 14-01454 (GMB)<br><br>Hearing Date:<br><br>Judge: Gloria M. Burns |

## APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO FED.R. BANKR. P. 7055

**To The Clerk of the United States Bankruptcy Court for the District of New Jersey:**

Kindly enter the default of Defendants: (1) Patrick Giglio a/k/a Pat J. Giglio; (2) North American Marketing Tours, Inc.; (3) International Consulting and Management Group, LLC; (4) Unique Billing Solutions, LLC; and (5) Jeffrey Rosenberg for failure to plead or otherwise move

4834945

as provided by Federal Rule of Bankruptcy Procedure (hereinafter "Bankruptcy Rule") 7012, as appears from the affidavit of Edmond M. George, Esquire, attached hereto as Exhibit "A". Default is being requested under and pursuant to Bankruptcy Rule 7055 and D.N.J. LBR 7055-1.

WHEREFORE, the Plaintiff respectfully requests the entry of default in this adversary proceeding.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Dated: June 27, 2014   By:   *s/ Edmond M. George*
Edmond M. George, Esquire (EG-7810)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 110
Cherry Hill, NJ 08002
*Special Counsel for John Hargrave,
Chapter 7 Trustee of LocalBizUSA, Inc.*

2

4834945