# EXHIBIT "A"

4834945

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br>Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Woodland Falls Corporate Park<br>200 Lake Drive East, Suite 110<br>Cherry Hill, New Jersey 08002-1171<br>(856) 795-3300<br>*Special Counsel for Chapter 7 Trustee* | |
| In re:<br><br>　　　LOCALBIZUSA, INC.,<br><br>　　　　　　　　　Debtor. | Chapter 7<br>Case No.: 09-20654 (GMB) |
| LOCALBIZUSA, INC., by and through JOHN W.<br>HARGRAVE, Chapter 7 Trustee,<br><br>　　　　　Plaintiff,<br>　v.<br><br>THOMAS J. FREUND,<br>PATRICK GIGLIO,<br>NORTH AMERICAN MARKETING TOURS,<br>INC., INTERNATIONAL CONSULTING AND<br>MANAGEMENT GROUP, LLC,<br>UNIQUE BILLING SOLUTIONS, LLC,<br>JEFFREY ROSENBERG,<br>LOUIS FREEDMAN, and<br>JOHN DOES 1-10,<br><br>　　　　　Defendants. | Adversary No.: 14-01454 (GMB)<br><br>Hearing Date:<br><br>Judge: Gloria M. Burns |

## AFFIDAVIT FOR ENTRY OF DEFAULT BY CLERK

**COMMONWEALTH OF PENNSYLVANIA**　　:
　　　　　　　　　　　　　　　　　　　　　　　: ss.
**COUNTY OF PHILADELPHIA**　　　　　　:

　　　Edmond M. George, Esquire, being duly sworn, deposes and says:

　　　1.　　I am a partner with Obermayer Rebmann Maxwell & Hippel LLP, special

4834945

counsel to John W. Hargrave, as Chapter 7 Trustee for LocalBizUSA, Inc. (the "Plaintiff"), the above-captioned plaintiff herein. I am fully familiar with the facts and circumstances recited herein.

2. I submit this affidavit in support of Plaintiff's Application for entry of Default against the following the defendants: (A) Patrick Giglio a/k/a Pat J. Giglio; (B) North American Marketing Tours, Inc.; (C) International Consulting and Management Group, LLC; (D) Unique Billing Solutions, LLC; and (E) Jeffrey Rosenberg (collectively the "Defendants") pursuant to Federal Rules of Bankruptcy Procedure 7055, incorporating by reference Federal Rules of Civil Procedure 55(a) and D.N.J. LBR 7055-1(a).

3. On May 19, 2014, the Summons and Complaint in this action were served on the following Defendants Patrick Giglio a/k/a/ Pat J. Giglio, North American Marketing Tours, Inc.; and International Consulting and Management Group, LLC by regular first class mail postage prepaid and certified mail under and pursuant to Fed. R. Bankr. P. 7004.

4. On May 19, 2014, the Plaintiff filed the Certificate of Service in regard to the service of the Summons and Complaint upon the following Defendants: (a) Patrick Giglio a/k/a/ Pat J. Giglio; (b) North American Marketing Tours, Inc. c/o Louis Freedman, President, at 302 North Douglas Avenue, Margate City, NJ 08402, as well as its registered agent Louis Freedman, at 555 New Jersey Avenue, Absecon, NJ 08201; and (c) International Consulting and Management Group, LLC c/o Thomas J. Freund, Treasurer at 555 New Jersey Avenue, Absecon, NJ 08201, as well as its registered agent Thomas J. Freund at 303 Dorchester Drive, Egg Harbor Township, NJ 08234.

5. Attached as Exhibit "A" is a copy of the signed United States Postal Service return receipt card and the return of service of said Summons and Complaint upon Pat J. Giglio

4834945

executed by Angela L. Baglanzis, an associate in the bankruptcy department at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, counsel for the Plaintiff.

6. Attached as Exhibit "B" are copies of each of the signed United States Postal Service return receipt card and the return of service of said Summons and Complaint upon North American Marketing Tours, Inc. executed by Angela L. Baglanzis, an associate in the bankruptcy department at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, counsel for the Plaintiff.

7. Attached as Exhibit "C" are copies of each of the signed United States Postal Service return receipt card and the return of service of said Summons and Complaint upon International Consulting & Management Group executed by Angela L. Baglanzis, an associate in the bankruptcy department at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, counsel for the Plaintiff.

8. On May 21, 2014, the Summons and Complaint in this action were served on Defendant Jeffrey Rosenberg by regular first class mail postage prepaid under and pursuant to Fed. R. Bankr. P. 7004. The regular mail addressed to Jeffrey Rosenberg at 37 Franklin Street, Verona, NJ 07044 has not been returned to the Plaintiff by the United States Postal Service.

9. Also on May 21, 2014, the Summons and Complaint in this action were served on Unique Billing Solutions, LLC by c/o Registered Agent Frank L. Cahill at 40 Baldwin Road, Parsippany, NJ 07054 by regular first class mail postage prepaid and certified mail under and pursuant to Fed. R. Bankr. P. 7004.

10. Attached as Exhibit "D" is a copy of the signed United States Postal Service return receipt card and the return of service of said Summons and Complaint upon Unique Billing Solutions, LLC executed by Angela L. Baglanzis, an associate in the bankruptcy

4834945

department at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, counsel for the Plaintiff.

11. In accordance with Fed. R. Bankr. P. 7012(a), the Court fixed a deadline of thirty (30) days from the date of issuance of the summons within which the Defendants may answer or otherwise move.

12. The time within which the Defendants may answer or otherwise move to the Complaint has expired and has not been extended by either the consent of the parties or by motion to the Court requesting an extension.

13. The Defendants have not filed an answer or otherwise moved in response to the Summons and Complaint. In addition, I have examined the docket in the above-captioned adversary proceeding, and no responses are reflected thereon.

14. A default should be entered against each of the Defendants, under and pursuant to Bankruptcy Rule 7055 and D.N.J. LBR 7055-1(a) for the failure to move or otherwise plead to the Summons and Complaint.

_____
Edmond M. George, Esquire

Sworn and subscribed
before me this 27 day
of June, 2014.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LINDA M. COSTELLO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 8, 2016

4834945