# EXHIBIT "B"

4834945

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

North American Marketing Tours, Inc.
c/o Registered Agent, Louis Freedman
302 North Douglas Avenue
Margate City, NJ 08402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Esther Tp_                    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   7/20

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 1830 0000 3173 7969

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

North American Marketing Tours, Inc.
c/o Louis Freedman, President
555 New Jersey Avenue
Absecon, NJ 08201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 1830 0000 3173 7952

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540