| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br>Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Woodland Falls Corporate Park<br>200 Lake Drive East, Suite 110<br>Cherry Hill, New Jersey 08002-1171<br>(856) 795-3300<br>*Special Counsel for Chapter 7 Trustee* | |
| In re:<br><br>　　　LOCALBIZUSA, INC.,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br>Case No.: 09-20654 (GMB) |
| LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>THOMAS J. FREUND,<br>PATRICK GIGLIO,<br>NORTH AMERICAN MARKETING TOURS, INC., INTERNATIONAL CONSULTING AND MANAGEMENT GROUP, LLC,<br>UNIQUE BILLING SOLUTIONS, LLC,<br>JEFFREY ROSENBERG,<br>LOUIS FREEDMAN, and<br>JOHN DOES 1-10,<br><br>　　　　　　Defendants. | Adversary No.: 14-01454 (GMB)<br><br>Hearing Date:<br><br>Judge: Gloria M. Burns |

Recommended Local form:　☒ Followed　　☐ Modified

## ENTRY OF DEFAULT

It appearing that the following defendants failed to plead or otherwise defend in this proceeding as required by law:

1

4834945

        Patrick Giglio a/k/a Pat J. Giglio

        North American Marketing Tours, Inc.

        International Consulting and Management Group, LLC

        Unique Billing Solutions, LLC

        Jeffrey Rosenberg

THEREFORE, default is entered against said defendants as authorized by Fed. R. Bankr. P. 7055.


Dated: _____　　　　By: _____
                                                          JAMES J. WALDRON, Clerk