| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1*<br>Edmond M. George, Esquire<br>Angela L. Baglanzis, Esquire (*pro hac vice*)<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ  08054<br>(856) 795-3300<br>(856) 482-0504 (fax)<br>edmond.george@obermayer.com<br>angela.baglanzis@obermayer.com<br>*Special Counsel for Chapter 7 Trustee, John W. Hargrave* | |
| **In re:**<br><br>**LOCALBIZUSA, INC.,**<br><br>                              **Debtor.** | **Chapter 7**<br><br>**Case No. 09-20654 (JNP)** |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,**<br><br>               **Plaintiff,**<br>      **v.**<br><br>**UNIQUE BILLING SOLUTIONS, LLC, a Nevada Limited Liability Corporation, JEFFREY ROSENBERG, an individual, FRANK CAHILL, an individual, and, JOHN DOES 1-10, individuals,**<br><br>                 **Defendants.** | **Adversary No. 14-1454 (JNP)**<br>**Hon. Jerrold N. Poslusny, Jr.**<br><br><br><br>**REQUEST FOR ENTRY OF**<br>**DEFAULT** |

**To The Clerk of the United States Bankruptcy Court for the District of New Jersey:**

Pursuant to Fed. R. Bankr. P. 7055-1 and Fed. R. Civ. P. 55(a), kindly enter the default of Unique Billing Solutions, LLC (the "Defendant") for failure to plead or otherwise defend in this adversary proceeding.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

4845-4845-5324

WHEREFORE, the Plaintiff respectfully requests the entry of default in this adversary proceeding.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

DATE: JULY 12, 2019    BY: /s/ Edmond M. George
Edmond M. George, Esquire
Angela L. Baglanzis, Esquire (*pro hac vice*)
Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73, Suite 420
Mount Laurel, NJ  08054
(856) 795-3300
(856) 482-0504 (fax)
edmond.george@obermayer.com
angela.baglanzis@obermayer.com
*Special Counsel for Chapter 7 Trustee, John W. Hargrave*

4845-4845-5324