| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1*<br>Edmond M. George, Esquire<br>Angela L. Baglanzis, Esquire (*pro hac vice*)<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ  08054<br>(856) 795-3300<br>(856) 482-0504 (fax)<br>edmond.george@obermayer.com<br>angela.baglanzis@obermayer.com<br>*Special Counsel for Chapter 7 Trustee, John W. Hargrave* | |
| **In re:**<br><br>   **LOCALBIZUSA, INC.,**<br><br>                                    **Debtor.** | **Chapter 7**<br><br>**Case No. 09-20654 (JNP)** |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,**<br><br>              **Plaintiff,**<br>     **v.**<br><br>**UNIQUE BILLING SOLUTIONS, LLC, a Nevada Limited Liability Corporation, JEFFREY ROSENBERG, an individual, FRANK CAHILL, an individual, and, JOHN DOES 1-10, individuals,**<br><br>              **Defendants.** | **Adversary No. 14-1454 (JNP)**<br>**Hon. Jerrold N. Poslusny, Jr.** |

### ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding required by law.

Unique Billing Solutions, LLC

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P.

Date:  July _____, 2019                                                JEANNE A. NAUGHTON, Clerk


                                                                               BY: _____
                                                                                       Deputy Clerk

4845-4845-5324