| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1* <br> Edmond M. George, Esquire <br> Angela L. Baglanzis, Esquire (*pro hac vice*) <br> Obermayer Rebmann Maxwell & Hippel LLP <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ  08054 <br> (856) 795-3300 <br> (856) 482-0504 (fax) <br> edmond.george@obermayer.com <br> angela.baglanzis@obermayer.com <br> *Special Counsel for Chapter 7 Trustee, John W. Hargrave* | |
| **In re:** <br><br> **LOCALBIZUSA, INC.,** <br><br> **Debtor.** | **Chapter 7** <br><br> **Case No. 09-20654 (JNP)** |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,** <br><br> **Plaintiff,** <br> v. <br><br> **UNIQUE BILLING SOLUTIONS, LLC, a Nevada Limited Liability Corporation, JEFFREY ROSENBERG, an individual, FRANK CAHILL, an individual, and, JOHN DOES 1-10, individuals,** <br><br> **Defendants.** | **Adversary No. 14-1454 (JNP)** <br> **Hon. Jerrold N. Poslusny, Jr.** |

## CERTIFICATION OF SERVICE

1. I, <u>Edmond M. George</u>:

   ☒ represent the <u>Plaintiff, John W. Hargrave, as chapter 7 Trustee of the estate of LocalBizUSA, Inc.</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>July 12, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Request for Entry of Default
   - Certification of Edmond M. George, Esquire in Support of Entry of Default
   - Proposed Entry of Default

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: <u>July 12, 2019</u>            /s/ _Edmond M. George_____
                                                                                                            Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Mr. Jeffrey Rosenberg<br>c/o Christopher J. Stanchina, Esq.<br>Christopher J. Stanchina, Esquire, LLC<br>222 New Road, Suite 206<br>Linwood, New Jersey  08221 | Defendant Jeffrey Rosenberg | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Unique Billing Solutions, LLC<br>c/o  Frank L. Cahill<br>588 Lake Shore Drive<br>Parsippany, NJ 07054 | Defendant. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Unique Billing Solutions, LLC<br>c/o  Jeffrey Rosenberg<br>37 Franklin St.<br>Verona, NJ 07044 | Defendant. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Frank Cahill<br>588 Lake Shore Drive<br>Parsippany, NJ 07054 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4845-4845-5324