# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: _____ |
|---|---|
| | Hearing Date: _____ |
| | Adv Number: _____ |
| | Judge: _____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:** _____
_____

**Location of Hearing:** Courtroom No. \_\_\_\_\_
_____
_____
_____

**Date and Time:** _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES** ❑ **ARE REQUIRED** ❑ **ARE NOT REQUIRED**

DATE: _____ JEANNE A. NAUGHTON, Clerk

By: _____
 Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
 Deputy Clerk

*rev.1/4/17*