| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>Edmond M. George, Esquire<br>Angela L. Mastrangelo, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ  08054<br>(856) 795-3300<br>(856) 482-0504 (fax)<br>edmond.george@obermayer.com<br>angela.mastrangelo@obermayer.com<br>*Special Counsel for Chapter 7 Trustee, John W. Hargrave* | |
| **In re:**<br><br>    **LOCALBIZUSA, INC.,**<br><br>                **Debtor.** | **Chapter 7**<br><br>**Case No. 09-20654 (JNP)** |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,**<br><br>        **Plaintiff,**<br>    **v.**<br><br>**UNIQUE BILLING SOLUTIONS, LLC, a Nevada Limited Liability Corporation, JEFFREY ROSENBERG, an individual, FRANK CAHILL, an individual, and, JOHN DOES 1-10, individuals,**<br><br>        **Defendants.** | **Adversary No. 14-1454 (JNP)** |

## CERTIFICATION OF SERVICE

1. I, <u>Angela L. Mastrangelo</u>:

    ☒ represent the <u>Plaintiff, John W. Hargrave, as chapter 7 Trustee of the estate of LocalBizUSA, Inc.</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

OMC\4848-5463-3660.v1-5/13/20

2. On <u>May 14, 2020</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Notice of Motion to Compel;
- Motion to Compel;
- Certification of Angela L. Mastrangelo, Esquire, with Exhibits;
- Proposed Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  May 14, 2020                    /s/ Angela L. Mastrangelo
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mr. Jeffrey Rosenberg<br>c/o Christopher J. Stanchina, Esq.<br>Christopher J. Stanchina, Esquire, LLC<br>222 New Road, Suite 206<br>Linwood, New Jersey 08221 | Attorney for Defendant Jeffrey Rosenberg | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Frank Cahill<br>588 Lake Shore Drive<br>Parsippany, NJ 07054<br>frank@frankcahill.com | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

3

OMC\4848-5463-3660.v1-5/13/20