| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Edmond M. George, Esquire**<br>**William F. Saldutti IV, Esquire**<br>**Turner Falk, Esquire**<br>**Obermayer Rebmann Maxwell & Hippel LLP**<br>**1120 Route 73, Suite 420**<br>**Mount Laurel, NJ  08054**<br>**(856) 795-3300**<br>**(856) 482-0504 (fax)**<br>**edmond.george@obermayer.com**<br>**turner.falk@obermayer.com**<br>*Special Counsel for Chapter 7 Trustee, John W. Hargrave* | Order Filed on November 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>  LOCALBIZUSA, INC.,<br><br>                            Debtor. | **Chapter 7**<br><br>**Case No. 09-20654 (JNP)** |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,**<br><br>            Plaintiff,<br>    v.<br><br>**UNIQUE BILLING SOLUTIONS, LLC, a Nevada Limited Liability Corporation, JEFFREY ROSENBERG, an individual, FRANK CAHILL, an individual, and, JOHN DOES 1-10, individuals,**<br><br>            Defendants. | **Adversary No. 14-1454 (JNP)**<br>**Hon. Jerrold N. Poslusny, Jr.** |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

DATED: November 5, 2020

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of John Hargrave, Chapter 7 Trustee for the Estate of LocalBizUSA, Inc., for the reduction of time for a hearing on his Motion to Extend the Discovery and Time to Amend Complaint Deadlines, it is ORDERED as follows:

1. A hearing will be conducted on the matter on _____11/24/2020_____ at __11:00AM_____ in the United States Bankruptcy Court, ___400 Cooper Street Camden, NJ 08101_____, Courtroom No. _4C_____.

All existing deadlines are extended through at least 12/4.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _____All Affected Parties .This will be a telephonic hearing and all participant's must reach out to Court Solutions to request appearance.___

_____

by ☐ each, ☒ any of the following methods selected by the Court:     E-Mail must be by Consent

☐ fax, ☒ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

OMC\4837-4539-6944.v1-11/5/20                            2

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A Certification of Service must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.