**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

Edmond M. George, Esquire
William F. Saldutti, V, Esquire
Turner N. Falk, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054
(856) 795-3300
(856) 482-0504 (fax)
edmond.george@obermayer.com
turner.falk@obermayer.com
*Special Counsel for Chapter 7 Trustee, John W. Hargrave*

| | |
|---|---|
| In re:<br><br>**LOCALBIZUSA, INC.,**<br><br>**Debtor.** | **Chapter 7**<br><br>**Case No. 09-20654 (JNP)** |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,**<br><br>**Plaintiff,**<br>v.<br><br>**UNIQUE BILLING SOLUTIONS, LLC, a Nevada Limited Liability Corporation, JEFFREY ROSENBERG, an individual, FRANK CAHILL, an individual, and, JOHN DOES 1-10, individuals,**<br><br>**Defendants.** | **Adversary No. 14-1454 (JNP)** |

<u>**CERTIFICATION OF SERVICE**</u>

1.     I, <u>Coleen M. Schmidt</u>:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for <u>Turner N. Falk, Esq.</u>, who represents the

<u>Plaintiff, John W. Hargrave, as chapter 7 Trustee of the estate of LocalBizUSA, Inc.</u> in

this matter.

☐ am the _____ in this case and am representing myself.

2.    On <u>January 6, 2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Corrected Reply in Further Support Motion to Amend Adversary Complaint
  Proposed Order

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: <u>January 6, 2021</u>                  <u>*/s/ Coleen M. Schmidt*</u>
                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mr. Jeffrey Rosenberg<br>c/o Christopher J. Stanchina, Esq.<br>Christopher J. Stanchina, Esquire, LLC<br>222 New Road, Suite 206<br>Linwood, New Jersey 08221<br>chris@stanchinalaw.com | Attorney for Defendant Jeffrey Rosenberg | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (As authorized by the Court or by rule. Cite rule if applicable) <u>Electronic notification through CM/ECF</u> |
| Frank Cahill<br>588 Lake Shore Drive<br>Parsippany, NJ 07054<br>frank@frankcahill.com | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other (As authorized by the Court or by rule. Cite rule if applicable) |